# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

130180

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                               SC: 130180
                               COA: 255084

BERNARION DELSHAWN VANLEER, a/k/a      Oakland CC: 03-188290-FH
CATREL MARQUION VANLEER and
BERNARION DASHAWN VANLEER,
    Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the October 27, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006 _____           _____

p0424                                             Clerk